## Commonwealth *v.* Maxwell, Appellant.

Before DOTY, A. J.

Argued September 10, 1974. *J. Block,* with him *John Myers* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *James Y. Garrett,* Assistant District Attorney, with him *Mark Sendrow* and *Steven H. Goldblatt,* Assistant District

Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.